# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **CLIFFORD OSBORNE, ET AL.** | **CIV. ACTION NO. 3:20-00208** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KEVIN BELTON** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendant Kevin Belton's motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 25] is hereby DENIED.

Monroe, Louisiana, this 27th day of September 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE